# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 20-3088                                September Term, 2020

1:17-cr-00043-JDB-1

**Filed On:** May 20, 2021

United States of America,

        Appellee

    v.

Rahman Shabazz,

        Appellant

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rogers, Millett, and Wilkins, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact filed by the parties. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36. It is

**ORDERED AND ADJUDGED** that the district court's memorandum opinion and order filed November 24, 2020, be vacated, and the case be remanded to the district court for further consideration of appellant's compassionate release application in light of United States v. Long, No. 20-3064 (D.C. Cir. May 18, 2021) (U.S.S.G. § 1B1.13 is not an "applicable policy statement" with respect to defendant-filed motions for compassionate release).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                      FOR THE COURT:
                      Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk